**Gregory Lynn COLBERT, Petitioner–Appellant,**

v.

**Mike KNOWLES, Respondent–Appellee.**

No. 07–16839.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 7, 2010.

John J. Jordan, Law Office of John J. Jordan, Gregory Lynn Colbert, Barry J. Portman, Esquire, Federal Public Defender's Office, San Francisco, CA, for Petitioner–Appellant.

Jeremy Friedlander, Deputy Attorney General, AGCA–Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

California state prisoner Gregory Lynn Colbert appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Colbert contends that the jury instructions given by the court, CALJIC 2.50 and CALJIC 2.50.1, impermissibly lowered the prosecution's burden of proof and violated his rights to due process and a fair trial. Because there is no reasonable likelihood that the jury applied the wrong burden of proof, Colbert is not entitled to habeas relief. *See Mendez v. Knowles,* 556 F.3d 757, 767–70 (9th Cir.2009).

Colbert's motion to expand the certificate of appealability is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).